**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Isaac NICHOLS, Defendant–Appellant.**

No. 00–7065.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 16, 2001.

Decided Feb. 28, 2001.

Isaac Nichols, pro se. David T. Maguire, Assistant United States Attorney, Richmond, VA, for appellee.

Before WIDENER, DIANA GRIBBON MOTZ, and KING, Circuit Judges.

PER CURIAM.

Isaac Nichols seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000).* We have reviewed the record and

---

* Because Nichols' sentence is below the prescribed statutory maximum, his claim under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), is not

the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Nichols*, No. CR–93–128 (E.D.Va. July 11, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

viable. We decline to review any other issues Nichols seeks to raise for the first time on appeal.